IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Traci Abraham Thomas, | ) | C/A No. 5:20-3883-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Randstad, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is currently before the assigned United States Magistrate Judge for a service of process status review. Plaintiff Traci Abraham Thomas, who is self-represented, filed her Complaint on November 6, 2020. (ECF No. 1.) On January 28, 2021, the court issued an order authorizing service and directing the Clerk of Court to issue the summons and provide the plaintiff with the issued summons for service of process. (ECF No. 12 at 1.) As directed by the court's order, the Clerk of Court issued the summons pursuant to Federal Rule of Civil Procedure 4(b). (ECF No. 13.) The plaintiff was specifically advised in the court's order that, pursuant to Federal Rule of Civil Procedure 4(m), she was responsible for service of process. (ECF No. 12 at 2.) The court also advised the plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), service of process must be effected on the defendant within 90 days. Review of the docket discloses that no proof of service has been filed by the plaintiff as required under Federal Rule of Civil Procedure 4(l) with regard to the defendant. Thus, it appears that Defendant Randstad has not been served with the Summons and Complaint.

Accordingly, the plaintiff shall have until **May 19, 2021** to provide the court with proof of service of the Complaint upon the defendant in accordance with Federal Rule of Civil Procedure

4(*l*)(1), or show good cause for failure to serve pursuant to Rule 4(m).  **Failure to do so will result in this case being dismissed for failure to serve.  Fed. R. Civ. P. 4(m).**

    **IT IS SO ORDERED**.

May 5, 2021　　　　　　　　　　　　　　　Paige J. Gossett
Columbia, South Carolina　　　　　　　UNITED STATES MAGISTRATE JUDGE